UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET NIJJRAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW FINANCIAL SERVICES NA, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-04319 SPG-AGR<br><br>**ORDER APPROVING STIPULATION FOR:**<br>(1) **LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT;**<br>(2) **ARBITRATION OF CLAIMS THEREIN; AND**<br>(3) **STAY OF ACTION PENDING COMPLETION OF ARBITRAITON** |

　　　　Plaintiff Gurpreet Nijjrah ("Plaintiff") and Defendant BMW Financial Services NA, LLC (together with Plaintiff, the "Parties") having stipulated, *see* (ECF No. 17 ("Stipulation")), and good cause appearing therefor, the Court hereby ORDERS as follows:

　　　　1.　　Plaintiff shall be granted leave to file the proposed First Amended Complaint ("FAC") attached to the Stipulation as Exhibit 1;

　　　　2.　　Plaintiff shall file the proposed FAC within five (5) court days of entry of this Order;

　　　　3.　　Plaintiff's Motion for Remand, (ECF No. 9 ("Motion")), is deemed withdrawn, and the October 30, 2024 hearing on the Motion (ECF No. 16) is hereby VACATED;

4. Upon filing the FAC, the Parties shall submit Plaintiff's claims therein to binding individual arbitration before JAMS, pursuant to the JAMS Consumer Arbitration Minimum Standards;

5. This action shall be stayed pending completion of the arbitration;

6. The Parties shall submit Joint Status Reports advising the Court on the status of the arbitration every ninety (90) calendar days beginning from the issuance of this Order, as well as within five (5) business days of the conclusion of the arbitration; *and*

7. The Court shall retain jurisdiction over this action to enforce any arbitration award.

**IT IS SO ORDERED.**

Dated: October 3, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE